UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY AMMONS,<br><br>    Petitioner,<br><br>  v.<br><br>JAMES WALKER,<br><br>    Respondent. | Case No. CV 07-08136-AHM (JC)<br><br>JUDGMENT |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Motion to Dismiss the Petition for Writ of Habeas Corpus by a Person in State Custody is granted, the operative Second Amended Petition for Writ of Habeas Corpus is denied, and this action is dismissed with prejudice.

DATED: March 3, 2011

JS-6

HONORABLE A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE